**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6293**

DORSEY LOUIS BOOKER,

              Petitioner - Appellant,

      v.

JUSTIN ANDREWS, Warden FCI-II,

              Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:18-hc-02287-D)

Submitted:  August 4, 2020                        Decided:  August 17, 2020

Before AGEE and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dorsey Louis Booker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorsey Louis Booker, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Booker v. Andrews*, No. 5:18-hc-02287-D (E.D.N.C. Jan. 29, 2020); *see also United States v. Dodge*, 963 F.3d 379, 384-85 (4th Cir. 2020). We deny a certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*